STATE OF MINNESOTA    )    **UNDER SEAL**
                      )    Case No. 26-mj-146 (DTS)
COUNTY OF HENNEPIN    )

1.    I am a Special Agent (SA) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI), and have been so employed since March of 2025. In my capacity as a Special Agent, I am responsible for conducting investigations into the numerous federal laws enforced by HSI. Since March of 2025, I have investigated various criminal violations relating to child exploitation, assaults on federal officers, human rights violations, and immigration violations. I am a graduate of the Federal Law Enforcement Training Center (FLETC), HSI Special Agent Training Program, having completed training in surveillance, search and arrest warrants, federal laws enforced by HSI, and federal criminal procedures. Prior to my tenure as a HSI Special Agent, I was a commissioned officer in the United States Army from 2014 to 2024 where I served as a Logistics Officer and Special Forces Officer.

2.    This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Edgar Vinicio PILAMUNGA TOALOMBO for escape from custody in violation of Title 18, United States Code, Section 751(a).

3.    This affidavit is based on information I have learned from other law enforcement officers and the review of reports, and written materials. This affidavit does not include all of the details I have learned regarding this investigation.   Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

4.    On February 1, 2026, Enforcement and Removal Operations (ERO) Deportation Officers (DO) were conducting enforcement operations in vicinity of Columbus Avenue and 27th, Minneapolis Minnesota, 55404. The target of the enforcement operation was Wilson Alvarado-Alvarado, an Ecuadorian national who has a Final Order of Removal and believed to reside at the residence above.

5.    After 1700 hours, a Hyundai bearing Minnesota license plate ZNJ702 pulled up in front of the target address. DOs relayed the license plate over the radio and received the response the Hyundai is registered to Edgar Vinicio PILAMUNGA TOALOMBO and DOs confirmed via database checks PILAMUNGA TOALOMBO is illegally in the United States.

6.    ERO DOs observed Alvarado-Alvarado depart the residence and enter the Hyundai. The ERO team followed the Hyundai from the residence and activated their lights and sirens to stop the vehicle. Alvarado-Alvarado fled from the vehicle but DOs announced to PILAMUNGA TOALOMBO

2

"police, you are under arrest" and were able to arrest PILAMUNGA TOALOMBO. DOs stated the driver of the vehicle appearance was consistent with PILAMUNGA TOALOMBO's.

7.      PILAMUNGA TOALOMBO was cuffed and placed in the rear driver's side seat of a US Government Vehicle for transportation. The DO began to drive a short distance when agitators surrounded his vehicle forcing the DO to stop. At that time, the DO realized the driver's side rear door was open and PILAMUNGA TOALOMBO had fled on foot.

8.      The DO pursued PILAMUNGA TOALOMBO on foot into an apartment building where the DO observed PILAMUNGA TOALOMBO knock a stack of boxes into the walkway causing the DO to fall. The DO terminated the pursuit at this point.

9.      On February 6, 2026, your affiant conducted a telephonic interview with the DO that arrested EDGAR VINICIO PILAMUNGA TOALOMBO. The DO confirmed the statements they made during their initial interview were true and accurate.

## CONCLUSION

10.     Based on the information set forth above, there is probable cause to believe that the Defendant, Edgar Vinicio PILAMUNGA TOALOMBO, violated Title 18, United States Code, Section 751(a).

3

Further your Affiant sayeth not.

Michael T. Raiff
Special Agent, HSI


SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
February 11, 2026


DAVID T. SCHULTZ
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA

4