# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

          Plaintiff(s),

v.

Edgar Binicio Pilamunga Toalombo,

          Defendant(s).

**JUDGMENT IN A CRIMINAL CASE**

Case No. 26-mj-00146-DTS

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

The Government's Motion to Dismiss is GRANTED;

The Complaint filed in this matter is DISMISSED WITHOUT PREJUDICE pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and

Any conditions of release previously imposed are hereby TERMINATED.

Date: February 25, 2026                     Kate M. Fogarty, Clerk